UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIE BALLARD,

        Defendant,
_____/

Case No. 09-20625

HON: AVERN COHN

## MEMORANDUM AND ORDER DENYING DEFENDANT'S MOTION TO QUASH WARRANT AND SUPPRESS EVIDENCE

This is a criminal case. Defendant Willie Ballard is charged with a violation of 18 U.S.C. § 992(g)(1), Felon in Possession of a Firearm. Now before the Court is Ballard's Motion to Quash Warrant and Suppress Evidence. Ballard asserts that the government did not have probable cause to search the residence located at 4609 East Nevada, Detroit, Michigan because (1) the government's informant did not observe guns or narcotics at the residence, (2) the informant never entered the residence, (3) the information had no personal knowledge that guns or narcotics were kept at the residence, and (4) the government's observations made during surveillance of the residence were insufficient to corroborate the information obtained from the informant. For the reasons stated on the record at a hearing on March 23, 2010, the motion is DENIED.

    SO ORDERED.

Dated: March 24, 2010

        S/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE